UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Clarence Caul, III, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:25-cv-01191-AT-JEM |
| | ) | |
| Equifax Information Services, LLC, et al., | ) | |
|     Defendant. | ) | |
| _____ | ) | |

## NOTICE OF VOLUNTARY DISMISSAL OF
## EQUIFAX INFORMATION SERVICES, LLC

Plaintiff hereby voluntarily dismisses his claims against Equifax Information

Services, LLC without prejudice and without costs or attorney's fees to either party.


Respectfully submitted,

Date: August 7, 2025

/s/ Catherine Bruce
Catherine Bruce, Esq.
Georgia Bar # 709795
1450 Stokes Avenue SW
Atlanta, GA 30310
(404) 369-3956
catherinebrucelaw@gmail.com


**Proof of Service**

I, Catherine Bruce, hereby certify that on August 7, 2025, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via this Court's CM/ECF system.

/s/ Catherine Bruce