UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Clarence Caul, III,<br>        Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC, et al.,<br>        Defendants. | Case No. 1:25-cv-01191-AT-JEM |

## **STIPULATION OF DISMISSAL OF SELF FINANCIAL, INC.**

The parties, as evidenced by the signatures of their respective counsels below, stipulate to the dismissal of Plaintiff's claims against Self Financial, Inc. with prejudice and without attorney's fees or costs to either party.

Respectfully submitted,

Date: August 12, 2025

/s/ Catherine Bruce
Catherine Bruce, Esq.
Georgia Bar # 709795
1450 Stokes Avenue SW
Atlanta, GA 30310
(404) 369-3956
catherinebrucelaw@gmail.com

/s/ Catherine A. Wagner Calderaro
Catherine A. Wagner Calderaro
Hutcheson Bowers LLP
1301 S Mopac Expy #430
Austin, TX 78746
Phone: (512) 777-4487
Fax: (12) 777-4497

E-mail: catherine@hutchesonbowers.com
*Counsel for Defendant Self Financial, Inc.*


## Proof of Service


I, Catherine Bruce, hereby certify that on August 12, 2025, I served a copy of the foregoing document upon all parties and counsel as their addresses appear of record via this Court's CM/ECF system.


/s/ Catherine Bruce